# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
   Trustee       Facsimile: (518) 449-2473      P.O Box 1918
**Bonnie Baker, Esq.**                 Memphis, TN 38101-1918
  Assoc. Attorney

May 5, 2011

United States Bankruptcy Court
James M. Hanley Federal Building
100 South Clinton Street, Room 315
PO Box 7008
Syracuse, New York 13261-7008

Re:  07-30725       Mark & Sharon Hurst

To Whom It May Concern:

Enclosed please find check **#922606** in the amount of $.03. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

   Claim No.    10

   Account#    6004660203203280

   Creditor    Charming Shoppes/Fashion Bug
          c/o First Express
          POB 856021
          Louisville, KY 40285

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

**FILED**
MAY - 4 2011
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY